IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID TORTALITA,**

    Petitioner

**vs.**                                                                                     1:17-cv-00684-RB-KRS

**TODD GEISEN,** CAPTAIN/WARDEN
Bureau of Indian Affairs, Office of Justice Services,
Division of Corrections

And

**TIMOTHY BAILON**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, and
**ROGER CALABAZA**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, and
**FREDERIC REANO**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, and
**LOUIS TORTALITA**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, and
**VINCENT AGUILAR**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, and

**EARL CHICHARELLO**, BIA Federal Officer #864**,** Bureau of Indian Affairs, Southern Pueblos Agency, Office of Justice Services,

    Respondents.

## **ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court *sua sponte* following a review of Respondent Geisen's Answer to Petition for Writ of Habeas Corpus [Doc. No. 6]. Included in Respondent Geisen's answer is the allegation that Respondent Chicharello should be dismissed from this action on the ground that he is an improper party. [Doc. No. 6, pp. 5-6]. Petitioner has neither responded to this allegation nor effectuated service upon Mr. Chicharello. The latter is in violation of Fed. R. Civ. P. 4(m).

**IT IS, THEREFORE, ORDERED** that **on or before December 1, 2017**, Petitioner shall

file a response to this Order showing cause why Respondent Chicharello should not be dismissed from this action. Petitioner is hereby notified that failure to respond to this Order may result in Respondent Chicharello's dismissal from this case without prejudice and without further notice.

    **IT IS SO ORDERED.**

                                               _____
                                               KEVIN R. SWEAZEA
                                               UNITED STATES MAGISTRATE JUDGE