IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID TORTALITA,**

    Petitioner,

**vs.**                                                                              1:17-cv-00684-RB-KRS

**TODD GEISEN,** Captain/Warden, Bureau
of Indian Affairs, Office of Justice Services,
Division of Corrections, **TIMOTHY BAILON**,
Tribal Official, Kewa Pueblo, Individual and Official
Capacity, **ROGER CALABAZA**, Tribal Official,
Kewa Pueblo, Individual and Official Capacity,
**FREDERIC REANO**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, **LOUIS TORTALITA**,
Tribal Official, Kewa Pueblo, Individual and Official Capacity,
**VINCENT AGUILAR**, Tribal Official, Kewa Pueblo,
Individual and Official Capacity, and **EARL CHICHARELLO**,
BIA Federal Officer #864**,** Bureau of Indian Affairs, Southern
Pueblos Agency, Office of Justice Services,

    Respondents.

### ORDER SETTING TELEPHONIC CONFERENCE

**THIS MATTER** is before the Court *sua sponte* following a review of the record in the above-titled cause. The Court, being fully advised in the premises, **FINDS** and **CONCLUDES** that a telephonic status conference shall be held on **January 10, 2018,** on a trailing docket to begin at **9:00 a.m.**, to discuss whether Respondent Geisen's request for an evidentiary hearing is necessary in light of the fact that Respondents Timothy Bailon, Roger Calabaza, Frederick Reano, Louis Tortalita, and Vincent Aguilar do not oppose Petitioner's petition for writ of habeas corpus. [*See* Doc. 9].

The parties shall call the Court's "meet-me" line at **(505) 348-2694** at **9:00 a.m.** to connect to the proceedings. The referenced conference telephone line can only accommodate up

to five (5) telephone calls at once, including the call-in to the telephone conference by the Court. In the event the number of calls into the telephonic scheduling conference will exceed four (4) from counsel and parties, counsel or parties pro se must contact the Court immediately so that alternative arrangements can be made.

**IT IS SO ORDERED.**

                                                           _____
                                                           KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE